UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ARCS & ANGLES, INC. and
ZAHNER DESIGN GROUP LTD.,

                      Plaintiffs,

    -against-

ROYAL PACIFIC CORPORATION,

                      Defendant.

**PLAINTIFFS'
DISCLOSURE STATEMENT**

*[Stamps: JUDGE PATTERSON; 07 CIV 8352; RECEIVED SEP 25 2007 U.S.D.C. S.D.N.Y. CASHIERS]*

Plaintiffs, by their attorney, Peter M. Levine, pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, state:

1.     ARCS & ANGLES, INC., a non-governmental corporate party, does not have any parent corporations and does not have any publicly held parents, affiliates, or subsidiaries; and no corporation owns 10 percent or more of its stock;

2.     ZAHNER DESIGN GROUP LTD., a non-governmental corporate party, does not have any parent corporations and does not have any publicly held parents, affiliates, or subsidiaries; and no corporation owns 10 percent or more of its stock.

Dated: New York, New York
       September 24, 2007

*[signature]*

PETER M. LEVINE
Attorney for Plaintiffs
488 Madison Avenue
New York, New York 10022
212-599-0009