Arcs & Angles, Inc. and Zahner Design Group Ltd.,

                              Plaintiff(s)

        -against-

Royal Pacific Corporation,

                             Defendant(s)

AFFIDAVIT OF SERVICE
Case No. 07 Civ 8352

State of New York )
               ss:
County of Albany )

Mary M. Bonville, being duly sworn, deposes and says:

Deponent is over the age of eighteen and is a resident of New York State and is not a party to this action. That on October 12, 2007 at approximately 11:30 PM deponent served the following specific papers pursuant to Section 306 of the Business Corporation Law, Summons in a Civil Action, Complaint with Jury Demand, Civil Cover Sheet, Plaintiff's Disclosure Statement, Judge Patterson's Individual Practice Rules, Magistrate Judge Eaton's Individual Practice Rules, Consent to Proceed Before a United States Magistrate Judge [Blank Form], Procedures for Electronic Case Filing dated March 6, 2003, Guidelines for Electronic Case Filing dated December 1, 2003 and Third Amended Instructions for Filing an Electronic Case or Appeal dated June 7, 2004 , that the party served was Royal Pacific Corporation, a foreign business corporation, the defendant in this action, by personally serving two copies of the aforesaid papers at the office of the NYS Secretary of State located at 41 State Street, in the City of Albany, New York by delivering to and leaving papers with Donna Christie, a white female with blonde hair, being approximately 36-45 years of age; height of 5'0" - 5'3", weight of 130-160 lbs., being an authorized person in the Corporation Division of the Department of State and empowered to receive such service. That at the time of making such service, deponent paid the fee prescribed by Law in the amount of $40.00

                                                             *Mary M. Bonville*
                                                             Mary M. Bonville

Sworn to before me this 12th day of October, 2007

*Ruth A. Dennehey*
Ruth A. Dennehey
Notary Public — State of New York
Qualified in Albany County
Registration No. 01DE4729775
Commission Expires: 11-30-2010